IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LYDIA ANN PORTER,<br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br>  Defendant. | Case No. 1:17-cv-01166-JES-JEH |

### Order

  Now before the Court is the parties' Joint Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). (D. 16).[1] In their Motion, the parties jointly request that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The parties stipulate that upon remand, the Appeals Council will vacate all findings in the Administrate Law Judge's decision. The parties further stipulate that the Commissioner will develop the administrative record as necessary to determine whether the Plaintiff is disabled within the meaning of the Social Security Act; reassess the medical evidence of record, including all opinion evidence; reevaluate the Plaintiff's residual functional capacity; and issue a new decision.

  The Court finds the request for remand appropriate and so the Motion to Remand (D. 16) is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the case is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42

---

[1] Citations to the Docket in this case are abbreviated as "D. __."

U.S.C. § 405(g). The Clerk's Office is hereby directed to enter judgment in favor of the Plaintiff and against the Defendant. This matter is now terminated.

*It is so ordered.*

Entered on May 2, 2018.

s/ James E. Shadid
James E. Shadid
Chief U.S. District Judge