IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

LYDIA ANN PORTER,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,
    Defendant.

Case No. 1:17-cv-01166-JES-JEH

## Order

    The Court has reviewed the parties' agreed Stipulation for Attorney Fees. (D. 19).[1]  The Court hereby awards the Plaintiff, Lydia Porter, $7,500.00 (seven thousand five hundred dollars and zero cents) for attorney fees and $0 (zero dollars and zero cents) for costs in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA").  The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

    Any fees paid belong to the Plaintiff and not the Plaintiff's attorney.  The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to a valid EAJA assignment that has been executed between the Plaintiff and Plaintiff's attorney.

*It is so ordered.*

Entered on June 6, 2018

    s/_James E. Shadid__
    James E. Shadid
    Chief U.S. District Judge

---

[1] Citations to the Docket in this case are abbreviated as "D. __."